

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☏ (347) 941-4715

February 11, 2025

Hon. Judge Sarah Netburn
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007


RE:     **LIZ v. MACKENZIE-CHILDS, LLC**
        **DOCKET NO. 1:25-cv-272**

Dear Judge Netburn:


The undersigned represents Pedro Liz, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next sixty (60) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties sixty (60) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy